# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JIMMY ASHLEY**                                                                 **PLAINTIFF**

**v.**                          Case No. 3:18-cv-00228 KGB

**CITY OF JONESBORO, ARKANSAS**                                                  **DEFENDANT**

## ORDER

Before the Court is a joint motion to modify the scheduling order (Dkt. No. 8). An initial scheduling order was entered on February 19, 2019 (Dkt. No. 4), and a final scheduling order was entered on May 6, 2019 (Dkt. No. 6). In the motion, the parties represent that they need additional time to conduct "a more global review of program access in Jonesboro," which they believe "would expedite a global resolution" of the claims raised in the complaint without the need for "protracted litigation" (Dkt. No. 8, ¶ 3).

The parties submit that they agree and consent to an extension of expert disclosure deadlines and the deadline to amend pleadings. Specifically, the parties request that this Court modify the scheduling order by permitting expert disclosures, including reports, to be made by January 12, 2020, and by allowing the parties to seek leave to amend pleadings by February 15, 2020 (*Id.*, ¶ 4).

For good cause shown, the Court grants the motion. The parties shall have up to and including January 12, 2020, to submit expert disclosures, including reports; up to and including February 11, 2020, for rebuttal expert disclosures, including reports; and February 15, 2020, to seek leave to add parties and amend pleadings. All other deadlines set forth in the final scheduling order remain in full force and effect (Dkt. No. 6).

It is so ordered this 7th day of October, 2019.

_____
Kristine G. Baker
United States District Judge