# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JIMMY ASHLEY**                                                                        **PLAINTIFF**

**v.**                                   **Case No. 3:18-cv-00228 KGB**

**CITY OF JONESBORO, ARKANSAS**                                       **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 10). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and except as set forth in the settlement agreement, each party will bear its own costs and fees. The Court will retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

It is so ordered this 8th day of January 2020.

_____
Kristine G. Baker
United States District Judge